No. 90-7543.  CARROLL *v.* STEPHENSON ET AL.  C. A. 4th Cir.
Certiorari denied.

No. 90-7546.  RUDOLPH *v.* WHITLEY, WARDEN, ET AL.  C. A.
5th Cir.  Certiorari denied.

No. 90-7564.  MCDONALD *v.* YELLOW CAB METRO, INC.  Ct.
App. Tenn.  Certiorari denied.

No. 90-7588.  HAMPTON *v.* KELLY, SUPERINTENDENT, ATTICA
CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari de-
nied.

No. 90-7602.  HADFIELD ET UX. *v.* UNITED STATES.  C. A.
1st Cir.  Certiorari denied.

No. 90-7609.  BUSCH *v.* JEFFES ET AL.  C. A. 3d Cir.  Certio-
rari denied.

No. 90-7610.  FONTANEZ *v.* UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 90-7638.  HEFFERNAN *v.* LOCKHART, DIRECTOR, ARKAN-
SAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari
denied.

No. 90-7651.  RIASCOS VALENCI *v.* UNITED STATES.  C. A.
11th Cir.  Certiorari denied.

No. 90-7658.  MCNEIL *v.* UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 90-7671.  JONES *v.* UNITED STATES.  C. A. 5th Cir.  Cer-
tiorari denied.

No. 90-7683.  BRYANT *v.* TEXAS.  Ct. App. Tex., 3d Dist.
Certiorari denied.

No. 90-7692.  DOMINGUEZ-PRIETO *v.* UNITED STATES.  C. A.
6th Cir.  Certiorari denied.

No. 90-7700.  MARTIN *v.* UNITED STATES POSTAL SERVICE.
C. A. 5th Cir.  Certiorari denied.

No. 90-7720.  SCARIA *v.* DEPARTMENT OF LABOR ET AL.
C. A. 2d Cir.  Certiorari denied.

No. 90-7721.  ALLEN *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.